IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHACOLBY SORRELLS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Case No. 3:23-cv-2589-K |
| | § | |
| SANTANDER CONSUMER USA, INC., | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated July 18, 2025 [Dkt. No. 55], the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED.**

**Signed August 5th, 2025.**

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE